UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DA'VHON YOUNG,

    Plaintiff,

v.                                                                4:23cv75–WS/MAF

OFFICER ROBERT KELLY,
et al.,

    Defendants.

_____

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 5) docketed March 2, 2023. The magistrate judge recommends that this case be dismissed pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i) based on Plaintiff's having made affirmative misrepresentations relating to his litigation history. Plaintiff has filed no objections to the report and recommendation.

Having considered the record, the undersigned concludes that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation is ADOPTED and

incorporated into this order by reference.

2. Plaintiff's complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and 1915(e)(2)(B)(i).

3. The clerk shall enter judgment stating: "Plaintiff's complaint is dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and 1915(e)(2)(B)(i)."

4. The clerk shall note on the docket that this cause was dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

5. The clerk shall close the case.

DONE AND ORDERED this __5th__ day of __April__, 2023.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE